JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GONZALEZ, JR., | LA CV 19-00652 PA (ASx) |
| Plaintiff, | JUDGMENT |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant. | |

Pursuant to the Court's October 23, 2019 Minute Order granting the Motion for Summary Judgment filed by defendant Ford Motor Company ("Defendant"), which granted summary judgment to Defendant on the claims asserted by plaintiff Orlando Gonzalez, Jr. ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

DATED: October 23, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE